# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adam Friedlander,<br><br>          Plaintiff,<br><br>v.<br><br>Loandepot.com LLC,<br><br>          Defendant. | No. CV-23-02173-PHX-DLR<br><br>**ORDER** |

Before the Court is the parties' stipulated motion to stay this proceeding pending arbitration. (Doc. 19.) For cause shown,

**IT IS ORDERED** that the parties' stipulation (Doc. 19) is **GRANTED**. The Clerk is directed to administratively close this case, whereupon, by proper motion of the prevailing party at arbitration, it may be reopened or dismissed with prejudice.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss (Doc. 16) is DENIED as moot.

Dated this 19th day of December, 2023.

Douglas L. Rayes
United States District Judge